## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KATHERINE HEBL,

     Appellant,                       JUDGMENT IN A CIVIL CASE

  v.                                 Case No. 17-cv-218-wmc

BRADLEY A. WINDESHAUSEN,

     Appellee.

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

 

 

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | October 4, 2018 |
| Peter Oppeneer, Clerk of Court | Date |